**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**LATONYA JOHNSON**,

                    Plaintiff,

                                                  No. 2:13-cv-10654
vs.                                               Hon. Gerald E. Rosen

**FORMAN MILLS**, **INC.**,

                    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION TO DISMISS

On March 5, 2014, Magistrate Judge R. Steven Whalen issued a Report and Recommendation (R & R) recommending that this Court grant Defendant's Motion to Dismiss.  (R & R, Dkt. # 15).  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying motions and briefs, and the record as a whole, the Court fully concurs with the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

For all of the foregoing reasons,

IT IS HEREBY ORDERED that the Magistrate Judge's March 5, 2014 Report and Recommendation [Dkt. # 15] is hereby ADOPTED by this Court;

IT IS FURTHER ORDERED that for the reasons stated in the R & R,

Defendant's Motion to Dismiss [Dkt. # 7] is GRANTED.

**IT IS SO ORDERED.**


Dated: March 24, 2014                    s/Gerald E. Rosen
                                         GERALD E. ROSEN
                                         CHIEF, U.S. DISTRICT COURT


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 24, 2014, by electronic and/or ordinary mail.

                                         s/Julie Owens
                                         Case Manager, 313-234-5135